# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| RICK PHILLIPS, *et al.*, ) | |
|     Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 10-00489-KD-C |
| ) | |
| ONEAMERICA SECURITIES, INC., *et al*, ) | |
|     Defendants. ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated October 21, 2010 is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this the **8th** day of **November 2010.**

                                                         /s/ Kristi K. DuBose
                                                       **KRISTI K. DUBOSE**
                                                       **UNITED STATES DISTRICT JUDGE**